1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK KNUTSON, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br>v.<br><br>SOLOMON AND ASSOCIATES, LLC,<br><br>　　　　Defendant. | Case No.: 3:17-cv-01131-WQH-BGS<br><br>DEFAULT JUDGMENT |

　　　In the above-captioned matter, Plaintiff, Erik Knutson, requested entry of default judgment against Defendant, Solomon and Associates, LLC. After having considered Plaintiff's Application for Default Judgment and Award of Costs (Dkt. No. 15), and in accordance with the Court's order on March 1, 2018 (Dkt. No. 17), a judgment by default is hereby **ENTERED** in favor of Plaintiff and against Solomon and Associates, LLC in the amount of $500.00 in statutory damages.

　　　**IT IS ORDERED**.

Dated:  March 19, 2018

　　　　　　　　　　　　　　　　　　　　_William Q. Hayes_
　　　　　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　　　　　United States District Court